JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK (Bar No. 083908), MOrlick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

JEFFER MANGELS BUTLER & MITCHELL LLP
EUDEEN Y. CHANG (Bar No. 211721), EChang@jmbm.com
3 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 623-7200
Facsimile: (949) 623-7202

JS-6

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RICARDO MURILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, a New York Corporation; E JACK DALTON, Trustee Dalton Family Trust; MURIEL DALTON, Trustee Dalton Family Trust; E. CLARKE MOSELEY; STEPHANIE MOSELEY; and DOES 1 - 10,<br><br>    Defendants. | CASE NO. 2:11- cv-05695 R (SHx)<br><br>**ORDER REGARDING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS** |

    Defendant JPMorgan Chase Bank, N.A.'s ("Bank") Motion to Dismiss ("Motion") Plaintiff Ricardo Murillo's First Amended Complaint ("Plaintiff") came regularly for hearing on September 12, 2011, of the above-entitled court before the Honorable Manuel L. Real. Appearances were noted for the record. The Court, having considered the Motion, the opposition, filed by Plaintiff, and the Reply filed by Bank, and the arguments of counsel, and good cause

1  appearing therefore rules as follows.

2             The Court grants Bank's Motion, with prejudice, as to Plaintiff's first and federal
3  claim for violation of the Americans With Disabilities Act.  In his complaint, Plaintiff essentially
4  pleads that he is disabled and he visited Defendant's bank branch, Defendant does not have a
5  lowered teller station, and as a result, he was denied full and equal access.  This is insufficient to
6  state a claim for violation of the Americans With Disabilities Act.  Under *Chapman v. Pier 1*
7  *Import*s, 631 F.3d 939 (9th Cir. 2011) Plaintiff is required to allege the necessary facts to support
8  how the purported barriers related to Plaintiff's disability and denied him "full and equal" access to
9  store, and to sufficiently allege an injury-in-fact, of the kind and nature required for Plaintiff to have
10 standing.  Plaintiff has failed to plead these necessary facts and the facts he has alleged in his
11 complaint are insufficient.

12            Further, the Court declines to assert jurisdiction over the remaining state law claims,
13 and those claims are therefore also dismissed, without prejudice, for reasons as stated above and on
14 the record.

15            IT IS SO ORDERED.

16

17 DATED:  January 30, 2012              By: _____
                                              THE HONORABLE MANUEL L. REAL JUDGE
18                                            OF THE UNITED STATES DISTRICT COURT

19
20
21
22
23
24
25
26
27
28

JMBM | Jeffer Mangels Butler & Mitchell LLP

PRINTED ON RECYCLED PAPER

T237654v1