JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo Murillo<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMorgan Chase Bank, a New York Corporation; E Jack Dalton, Trustee Dalton Family Trust; Muriel Dalton, Trustee Dalton Family Trust; E. Clarke Moseley; Stephene Moseley; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:11-CV-05695-R-SH<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: Jan. 28 2014

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

1

Stipulation for Dismissal    Case: 2:11-CV-05695-R-SH